750 A.2d 843

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jermaine MITCHELL, Appellant.**

Supreme Court of Pennsylvania.

Argued May 3, 2000.

Decided May 19, 2000.

Heather L. Zeger, Public Defender's Office, for Jermaine Mitchell.

Christopher L. Herrington, William H. Graff, Jonelle Harter, Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Judgment of sentence vacated and case remanded to the Court of Common Pleas of York County for resentencing pursuant to 18 Pa.C.S. § 6317.